B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–38993**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Malcer | Cindi Marose |
| 5139 S. Nottingham Ave. | 5139 S. Nottingham Ave. |
| Chicago, IL 60638 | Chicago, IL 60638 |

Social Security / Individual Taxpayer ID No.:
   xxx–xx–8191                                          xxx–xx–0525

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: December 20, 2011          Kenneth S. Gardner, Clerk
                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are _not_ discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                        Case No. 11-38993-JPC
Michael Malcer                                                Chapter 7
Cindi Marose
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin                Page 1 of 2             Date Rcvd: Dec 20, 2011
                              Form ID: b18               Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2011.
db/jdb        +Michael Malcer,    Cindi Marose,    5139 S. Nottingham Ave.,    Chicago, IL 60638-1007
17841068      +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
17841069      +Barclays Bank,    Po Box 8803,    Wilmington, DE 19899-8803
17841076      +NYS Higher Education Services,    99 Washington Ave.,    Albany, NY 12210-2813
17841079      +State Collection Services,    2509 S Stoughton Rd,    Madison, WI 53716-3314
17841081      +The Law Offices Of Mitchell D. Bluhm,    2222 Texoma Pkwy Ste 160,    Sherman, TX 75090-2482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17841066      +EDI: AFNIRECOVERY.COM Dec 21 2011 03:23:00      AFNI, Inc.,    Po Box 3097,
                Bloomington, IL 61702-3097
17841067      +EDI: ACCE.COM Dec 21 2011 03:23:00      Asset Acceptance,    Po box 1630,    Warren, MI 48090-1630
17949771      +EDI: ATLASACQU.COM Dec 21 2011 03:23:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
17841070      +EDI: CBCSI.COM Dec 21 2011 03:24:00      CBCS,    Po Box 164089,    Columbus, OH 43216-4089
17841071      +EDI: HFC.COM Dec 21 2011 03:23:00      HFC,    Po Box 3425,    Buffalo, NY 14240-3425
17841072       EDI: CITICORP.COM Dec 21 2011 03:23:00      Home Depot,    Po Box 6497,
                Sioux Falls, SD 57117-6497
17841073      +EDI: CBSKOHLS.COM Dec 21 2011 03:23:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-5660
17841074      +EDI: RESURGENT.COM Dec 21 2011 03:23:00      LVNV Funding LLC,    Po Box 740281,
                Houston, TX 77274-0281
17841075      +EDI: MID8.COM Dec 21 2011 03:23:00      Midland Credit Management,    8875 Aero Dr,
                San Diego, CA 92123-2255
17841077      +EDI: RESURGENT.COM Dec 21 2011 03:23:00      PYOD LLC,    Po Box 10497,    Greenville, SC 29603-0497
17841078      +EDI: PHINRJMA.COM Dec 21 2011 03:23:00      RJM ACQ LLC,    575 Underhill Blvd Ste 2,
                Syosset, NY 11791-3426
17841080      +EDI: STFM.COM Dec 21 2011 03:23:00      State Farm Financial Services,    3 State Farm Plaza N-4,
                Bloomington, IL 61791-0002
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2011**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: admin              Page 2 of 2             Date Rcvd: Dec 20, 2011
                              Form ID: b18             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2011 at the address(es) listed below:

        Allan J DeMars    alland1023@aol.com
        Mohammed O Badwan    on behalf of Debtor Michael Malcer courtinfo@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Timothy R Yueill    on behalf of Creditor Bank of America, N.A. timothyy@nevellaw.com
        TOTAL: 4